IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

WILLIE J. STEVENS,

    Plaintiff,

v.                               CASE NO. 7:21cv570

DIRECTOR of the VIRGINIA DEPARTMENT
    OF CORRECTIONS, *et al.*,

    Defendants.

## MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendants Director of the Virginia Department of Corrections, Harold Clarke[1] and L. Perez ("Defendants"), by counsel, and pursuant to Rule 12 of the Federal Rules of Civil Procedure, respectfully move this Honorable Court to dismiss the claims against them, for the reasons set forth in the Memorandum accompanying this Motion.

Respectfully submitted,

HAROLD CLARKE, DIRECTOR OF THE
VIRGINIA DEPARTMENT OF CORRECTIONS
and L. PEREZ

By:   *s/ Megan L. O'Brien*
      Megan L. O'Brien, VSB #92095
      Assistant Attorney General
      Office of the Attorney General
      Criminal Justice & Public Safety Division
      202 North Ninth Street
      Richmond, Virginia 23219
      Phone: (804) 624-9440
      Fax: (804) 786-4239
      Email: mlobrien@oag.state.va.us

---

[1] Defendants identify Harold Clarke as the "Director of the Virginia Department of Corrections".

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2022, I electronically filed the foregoing Motion to Dismiss with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants: N/A

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

    Willie J. Stevens, #1690682
    Keen Mountain Correctional Center
    State Route 629
    PO Box 860
    Oakwood, VA, 24631.

                          By:      s/ *Megan L. O'Brien*
                              Megan L. O'Brien, AAG, VSB #92095
                              Assistant Attorney General
                              Office of the Attorney General
                              Criminal Justice & Public Safety Division
                              202 North Ninth Street
                              Richmond, Virginia 23219
                              Phone: (804) 624-9440
                              Fax: (804) 786-4239
                              Email: mlobrien@oag.state.va.us